United States District Court
Southern District of Texas
**ENTERED**
August 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR SIGIFREDO RIVERA ROSA, *et al.*, | § § § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-00138 |
| | § | (Lead) |
| KEVIN K. MCALEENAN, *et al.*, | § § § | |
| Respondents. | | |

| | | |
|---|---|---|
| JAIRO ALEXANDER GONZALEZ-RECINOS, *et al.*, | § § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-00095 |
| | § | (Member) |
| KEVIN K. MCALEENAN, *et al.*, | § § § | |
| Respondents. | | |

| | | |
|---|---|---|
| JAVIER ERNESTO GIRON MONTERROZA, *et al.*, | § § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-00103 |
| | § | (Member) |
| KEVIN K. MCALEENAN, *et al.*, | § § § | |
| Respondents. | | |

| | |
|---|---|
| SANTOS ZUNIGA, *et al.*, § § Petitioners, § VS. § § § KEVIN K. MCALEENAN, *et al.*, § § Respondents. | CIVIL ACTION NO. 1:19-CV-00118 (Member) |

| | |
|---|---|
| BRYAN LOPEZ-LOPEZ, *et al.*, § § Petitioners, § VS. § § § KEVIN K. MCALEENAN, *et al.*, § § Respondents. | CIVIL ACTION NO. 1:19-CV-00126 (Member) |

## **ORDER**

Under Federal Rule of Civil Procedure 42(a), the Court has considered whether to consolidate the following actions: *Hector Sigifredo Rivera Rosa, et al. v. Kevin K. McAleenan, et al.*, Civil Case No. 1:19-cv-00138; *Jairo Alexander Gonzalez-Recinos, et al. v. Kevin K. McAleenan, et al.*, Civil Case No. 1:19-cv-00095; *Javier Ernesto Giron Monterroza, et al. v. Kevin K. McAleenan, et al.*, Civil Case No. 1:19-cv-00103; *Santos Zuniga, et al. v. Kevin K. McAleenan, et al.*, Civil Case No. 1:19-cv-00118; and *Bryan Lopez-Lopez, et al. v. Kevin K. McAleenan, et al.*, Civil Case No. 1:19-cv-00126.

On August 2, 2019, Petitioners filed an Opposed Motion for Leave to File Second Amended (Consolidated) Petition for Writ of Habeas Corpus, and Class Action Complaint for Declaratory and Injunctive Relief (Doc. 13). The Court held a hearing on the matter on August 14, 2019.

Based on the findings that the Court indicated during the August 14 hearing, the Court concludes that the relevant factors favor consolidation under Federal Rule of Civil Procedure 42.

Accordingly, it is **ORDERED** that Cause Nos. 1:19-cv-00095, 1:19-cv-00103, 1:19-cv-00118, and 1:19-cv-00126 are consolidated and shall proceed under consolidated Cause No. 1:19-cv-00138 as the lead case.  The other four matters shall be member cases.  The parties shall make all future filings in 1:19-cv-00138.  The consolidation is effective through the Court's consideration of the Petitioners' request for a preliminary injunction and for class certification, as well as through discovery.  The Court reserves a ruling as to whether consolidation is appropriate for purposes of trial.

It is also **ORDERED** that by no later than August 19, 2019, Petitioners shall file the Consolidated Complaint attached to Petitioners' Opposed Motion for Leave to File Second Amended (Consolidated) Petitioner for Writ of Habeas Corpus, and Class Action Complaint for Declaratory and Injunctive Relief, with the modifications to the style indicated by the Court during the August 14 hearing.  The Petitioners' Motion for Leave to File is **GRANTED** as modified.

SIGNED this 15th day of August, 2019.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge