UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Hector Sigifredo Rivera-Rosa, et al., <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § | Civil Action 1:19-cv-138 <br> CONSOLIDATED LEAD CASE |
| Bryan Lopez-Lopez, et al., <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § | Civil Action 1:19-cv-126 <br> MEMBER CASE |
| Santos Zuniga, et al., <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § | Civil Action 1:19-cv-118 <br> MEMBER CASE |
| Javier Giron Monterroza, et al. <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § | Civil Action 1:19-cv-103 <br> MEMBER CASE |
| Jairo Alexander Gonzalez-Recinos, *et al.*, <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § | Civil Action 1:19-cv-095 <br> MEMBER CASE |

## **ORDER**

The Court now considers the Joint Stipulation of Dismissal Without Prejudice (Dkt. No. _52_ ) filed by Plaintiff Jose William Recinos-Nolasco ("Recinos-Nolasco") and the Federal Government Defendants, announcing to the Court that Plaintiff Recinos-Nolasco seeks to dismiss his claims against the Federal Government Defendants in the above-referenced actions without prejudice. The Parties are to bear their own costs and fees. Since the Stipulation of Dismissal is signed by counsel for both Plaintiff Recinos-Nolasco and the Federal Government Defendants, Plaintiff Recinos-Nolasco's claims against the Federal Government are dismissed without prejudice, and no further action by this Court is necessary under Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. The stay of removal issued on July 26, 2019 no longer applies to Plaintiff Recinos-Nolasco. [Dkt. No. 11; Dkt. No. 43]. The Court directs the Clerk of the Court to remove Plaintiff Jose William Recinos-Nolasco as a Plaintiff from this case.

Signed in Brownsville, Texas on this _28th_ day of _August_, 2019.

_____
FERNANDO RODRIGUEZ, Jr.
United States District Judge