United States District Court
Southern District of Texas
**ENTERED**
September 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR SIGIFREDO RIVERA ROSA, *et al.*, | § § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-183 |
| | § | (Lead) |
| | § | |
| KEVIN K MCALEENAN, *et al.*, | § § | |
| Respondents. | § | |

_____

| | | |
|---|---|---|
| JAIRO ALEXANDER GONZALEZ-RECINOS, *et al.*, | § § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-95 |
| | § | (Member) |
| | § | |
| KEVIN K. MCALEENAN, *et al.*, | § § | |
| Respondents. | | |

_____

| | | |
|---|---|---|
| JAVIER ERNESTO GIRON MONTERROZA, *et al.*, | § § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-103 |
| | § | (Member) |
| | § | |
| KEVIN K MCALEENAN, *et al.*, | § § | |
| Respondents. | | |

_____

| | | |
|---|---|---|
| SANTOS ZUNIGA, *et al.*, | § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-118 |
| | § | (Member) |
| | § | |
| KEVIN MCALEENAN, *et al.*, | § § | |
| Respondents. | | |

_____

| | | |
|---|---|---|
| BRYAN LOPEZ-LOPEZ, *et al.*, | § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-126 |
| | § | (Member) |
| | § | |
| KEVIN K. MCALEENAN, *et al.*, | § § | |
| Respondents. | | |

## **ORDER**

The Court orders that by September 13, 2019, each party shall electronically file its exhibits that were not previously filed with the Court and that were admitted during the hearing on September 5-6, 2019.

SIGNED this 9th day of September, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge