# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Hector Sigifredo Rivera-Rosa, et al., | § | Civil Action 1:19-cv-138 |
| Petitioners/Plaintiffs | § | CONSOLIDATED LEAD CASE |
| v. | § | |
| | § | |
| Kevin K. McAleenan, et al., | § | |
| Respondents/Defendants | § | |

| | | |
|---|---|---|
| Bryan Lopez-Lopez, et al., | § | Civil Action 1:19-cv-126 |
| Petitioners/Plaintiffs | § | MEMBER CASE |
| v. | § | |
| | § | |
| Kevin K. McAleenan, et al., | § | |
| Respondents/Defendants | § | |

| | | |
|---|---|---|
| Santos Zuniga, et al., | § | Civil Action 1:19-cv-118 |
| Petitioners/Plaintiffs | § | MEMBER CASE |
| v. | § | |
| | § | |
| Kevin K. McAleenan, et al., | § | |
| Respondents/Defendants | § | |

| | | |
|---|---|---|
| Javier Giron Monterroza, et al. | § | Civil Action 1:19-cv-103 |
| Petitioners/Plaintiffs | § | MEMBER CASE |
| v. | § | |
| | § | |
| Kevin K. McAleenan, et al., | § | |
| Respondents/Defendants | § | |

| | | |
|---|---|---|
| Jairo Alexander Gonzalez-Recinos, *et al.*, | § | Civil Action 1:19-cv-095 |
| Petitioners/Plaintiffs | § | MEMBER CASE |
| v. | § | |
| | § | |
| Kevin K. McAleenan, et al., | § | |
| Respondents/Defendants | § | |

## ORDER

The Court now considers the Joint Stipulation of Dismissal Without Prejudice (Dkt. No. _106_) filed by Plaintiffs Jorge Landaverde-Lopez ("Landaverde") and Santos Zuniga-Gaitan ("Zuniga") and the Federal Government Defendants, announcing to the Court that Plaintiffs Landaverde and Zuniga seek to dismiss their claims against the Federal Government Defendants in the above-referenced actions <u>without prejudice</u>. The Parties are to bear their own costs and fees. Since the Stipulation of Dismissal is signed by counsel for Plaintiffs Landaverde and Zuniga and the Federal Government Defendants, Plaintiffs Landaverde and Zuniga's claims against the Federal Government are dismissed <u>without prejudice</u>, and no further action by this Court is necessary under Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Further, the stay of removal issued on July 26, 2019 no longer applies to Plaintiffs Landaverde and Zuniga. [Dkt. No. 11.] The Court directs the Clerk of the Court to remove Plaintiffs Landaverde and Zuniga as Plaintiffs from this case.

Signed in Brownsville, Texas on this _23rd_ day of _September_, 2019.

FERNANDO RODRÍGUEZ, Jr.
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

_s/ Lisa Brodyaga with permission_
LISA BRODYAGA
Attorney for Plaintiffs Jorge Landaverde-
Lopez and Santos Zuniga-Gaitan

_/s/ Christopher D. Pineda_
CHRISTOPHER D. PINEDA
Attorney for Federal
Government Defendants