United States District Court
Southern District of Texas
**ENTERED**
October 01, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Hector Sigifredo Rivera-Rosa, et al., <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § § | Civil Action 1:19-cv-138 <br> CONSOLIDATED LEAD CASE |
| Bryan Lopez-Lopez, et al., <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § § | Civil Action 1:19-cv-126 <br> MEMBER CASE |
| Santos Zuniga, et al., <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § § | Civil Action 1:19-cv-118 <br> MEMBER CASE |
| Javier Giron Monterroza, et al. <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § § | Civil Action 1:19-cv-103 <br> MEMBER CASE |
| Jairo Alexander Gonzalez-Recinos, *et al.*, <br>     Petitioners/Plaintiffs <br> v. <br><br> Kevin K. McAleenan, et al., <br>     Respondents/Defendants | § § § § § § § | Civil Action 1:19-cv-095 <br> MEMBER CASE |

## ORDER

The Court now considers the Joint Stipulation of Dismissal Without Prejudice (Dkt. No. _109_ ) filed by Plaintiff Javier Ernesto Giron Monterroza ("Giron") and the Federal Government Defendants, announcing to the Court that Plaintiff Giron seeks to dismiss his claims against the Federal Government Defendants in the above-referenced actions without prejudice. The Parties are to bear their own costs and fees. Since the Stipulation of Dismissal is signed by counsel for Plaintiff Giron and the Federal Government Defendants, Plaintiff Giron's claims against the Federal Government are dismissed without prejudice, and no further action by this Court is necessary under Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Further, the stay of removal issued on July 26, 2019 no longer applies to Plaintiff Giron. [Dkt. No. 11.] The Court directs the Clerk of the Court to remove Plaintiff Giron as a Plaintiff from this case.

Signed in Brownsville, Texas on this _1st_ day of _October_, 2019.

FERNANDO RODRIGUEZ, Jr.
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

LISA BRODYAGA
Attorney for Plaintiff Javier Ernesto
Giron Monterroza

CHRISTOPHER D. PINEDA
Attorney for Federal
Government Defendants