Case 1:19-cv-00138   Document 123   Filed on 12/02/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR SIGIFREDO RIVERA ROSA, *et al.*, | § § § | |
| Petitioners, | § | |
| VS. | § § | CIVIL ACTION NO. 1:19-CV-00138 (Lead) |
| KEVIN K. MCALEENAN, *et al.*, | § § § | |
| Respondents. | § | |

___

| | | |
|---|---|---|
| JAIRO ALEXANDER GONZALEZ-RECINOS, *et al.*, | § § § | |
| Petitioners, | § | |
| VS. | § § | CIVIL ACTION NO. 1:19-CV-00095 (Member) |
| KEVIN K. MCALEENAN, *et al.*, | § § § | |
| Respondents. | | |

___

| | | |
|---|---|---|
| JAVIER ERNESTO GIRON MONTERROZA, *et al.*, | § § § | |
| Petitioners, | § | |
| VS. | § § | CIVIL ACTION NO. 1:19-CV-00103 (Member) |
| KEVIN K. MCALEENAN, *et al.*, | § § § | |
| Respondents. | | |

___

| | | |
|---|---|---|
| SANTOS ZUNIGA, *et al.*, | § § | |
| Petitioners, | § | |
| VS. | § § | CIVIL ACTION NO. 1:19-CV-00118 (Member) |
| KEVIN K. MCALEENAN, *et al.*, | § § § | |
| Respondents. | | |

___

| | |
|---|---|
| BRYAN LOPEZ-LOPEZ, *et al.*, | § |
| Petitioners, | § § |
| VS. | §   CIVIL ACTION NO. 1:19-CV-00126 |
| | §                         (Member) |
| KEVIN K. MCALEENAN, *et al.*, | § § § |
| Respondents. | § |

## ORDER

On November 27, 2019, Plaintiffs filed Stipulation of Dismissal Without Prejudice (Doc. 122), pursuant to FED R. CIV. P. 41(a)(1)(A)(i).  The voluntary dismissal was without prejudice.

The Clerk's Office is ordered to terminate this case.

SIGNED this 2nd day of December, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge